**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

PARNELL R. MAY                                                           PLAINTIFF

V.                                   NO. 4:21CV00255 LPR/PSH

KAWHUN TIMS, et al.                                              DEFENDANTS

## INITIAL SCHEDULING ORDER

Plaintiff May's claims are against defendants Tims, Connors, Lowe, and Doe.

### Discovery Deadline:

The discovery deadline is June 20, 2022.   The parties may conduct discovery after that date by agreement, but the Court may well decline to resolve discovery disputes after the deadline has passed.

### Summary Judgment Motions on the Merits:

Any party seeking summary judgment on the merits must file a motion no later than July 4, 2022 in order to assure a decision prior to trial.   If claims remain after summary judgment motions are decided, a final scheduling order will be issued.   Parties are cautioned that the final scheduling order will likely not include a new dispositive motions deadline, so they should plan accordingly and aim to file any dispositive motions by the deadline set in this order.

DATED this 21st day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE