# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PARNELL R. MAY**   **PLAINTIFF**

v.   No: 4:21-cv-00255-LPR-PSH

**KAWHUN TIMS,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation from United States Magistrate Judge Patricia S. Harris. (Doc. 48). No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Partial Recommendation and the entire record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

May's TRO motions (Doc. Nos. 6 & 10) are denied as moot. His claims against the Doe defendant are dismissed without prejudice, for lack of service.

IT IS SO ORDERED this 21st day of March, 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE