**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

PARNELL R. MAY                                                                    PLAINTIFF

VS.                                          NO.   4:21-cv-255 LPR-PSH

TIMS, CONNERS, et al.                                                          DEFENDANTS

## MOTION FOR SUMMARY JUDGMENT

Come the Pulaski County Defendants, Deputy Tims and Sgt. Connors, in their individual capacities only, and move for summary judgment as follows:

1. Plaintiff filed the instant case alleging constitutional injury and a right to recover from the Defendants under 42 U.S.C. § 1983 for alleged injuries he claims to have suffered during his incarceration in the Pulaski County Regional Detention Facility ("PCRDF") on or about March 21, 2021.

2. Specifically, Plaintiff alleges the following regarding the Pulaski County Defendants:

    a. [Deputy Tims] - "… I Parnell May was exposed to sexual harassment by the Deputy Tims on March 20th 2021 and I did manage to make a report against the Deputy Tims that very night. The next morning I was exposed to the same perpetrator of the sexual harassment, the Deputy Tims against me where fore I protested his very presence around me because I was very uncomfortable and afraid with his presence "anywhere near me" in my sight and over my welfare and life the deputy Tims opened the food trap door of the cell room that I was in the food trap hole is about 5 x 15 inches long accordingly I stuck my left leg out of the 5X9 inch food trap door hole, as protest for the deputy Tims to have to call his superiors for assistance in addressing the issue of my left leg being stuck out the 5 X 15 inch food trap door

1

hole. Subsequentially the Deputy Tims maliciously, recklessly, intentionally inflicted excessive unnecessary physical force against I Parnell May. I was injured and suffered pain in my left leg, knee and back after the blatant actions of the Deputy Tims by inflicting excessive unnecessary physical force against I Parnell May..." Doc. No. 2, page 2.

b.    [Sgt. Connors] – "…where that it was observed that the Sergeant Conners had began to ignore I Parnell May and started to give clear support to the Deputy Tims the Sergeant Conners began to joke and condone force against I while I kept asking for medical assistance. It is very obvious and reasonable to believe that the Sergeant Conners had knew about my PREA complaint against Deputy Tims of sexual harassment that I had made and submitted the night before…" Doc. No. 2, page 5.

3.    The Pulaski County Defendants are entitled to judgment as a matter of law because:

a.    Pulaski County Defendant Tims did not retaliate against Plaintiff for filing a PREA complaint;

b.    Pulaski County Defendant Deputy Tims did not subject Plaintiff to excessive force;

c.    Pulaski County Defendant Sgt. Connors did not fail to protect Plaintiff, and

d.    Pulaski County Defendants are entitled to qualified immunity.

WHEREFORE, the Pulaski County Defendants pray that their Motion for Summary Judgment is granted, that Plaintiff's Complaint against them be dismissed with prejudice, and for all other just and proper relief to which they are entitled.

Respectfully submitted,

DEPUTY TIMS and SGT. CONNERS, in their individual capacities only, Pulaski County Defendants

Melissa K. Dugger, Ark. Bar No. 2017150
Attorney for Pulaski County Defendants
ASSOCIATION OF ARKANSAS COUNTIES
RISK MANAGEMENT SERVICES
1415 W. Third Street
Little Rock, Arkansas 72201
Telephone: (501) 375-8805
Fax: (501) 375-8671
Email: mdugger@arcounties.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non-CM/ECF participant:

Mr. Parnell R. May
ADC #153557
Cummins Unit
P.O. Box 600
Grady, AR 71644

I hereby certify that on June 24, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which shall send notice to the following CM/ECF participant:

Alexandra G. Ah Loy
allie@sweetlawfirm.com

/s/Melissa K. Dugger
Melissa K. Dugger, Bar No. 2017150
Attorney for Pulaski County Defendants

3