**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

PARNELL R. MAY                                                            PLAINTIFF

VS.                                    NO.  4:21-cv-255 LPR-PSH

TIMS, CONNERS, et al.                                                  DEFENDANTS

### STATEMENT OF INDISPUTABLE MATERIAL FACTS

1. On December 26, 2019, Plaintiff, Parnell Robert May, was booked into the Pulaski County Regional Detention Facility ("PCRDF") for Murder – 1st degree. *See* Exhibit A1, Arrest and Booking, page 1.

2. On March 20, 2021, Plaintiff, Parnell May, submitted a PREA complaint, stating:

   The emergency call devices in the cell 415 does not work so as to call for emergency, whereas, on or about the date of 03/20th/2021 at around or about 5:30 PM, that Saturday, evening Deputy Tims did make a direct repeatedly unwelcome comment of a sexual nature, that did include a demeaning reference to gender sexually derogatory comments, about a sexual nature, against me, when the deputy Tims, was at the cell door of room 415, where that we both had engaged into a disagreement about my break, where that I told him, I did not deny my break, I never spoked [sic] to him that morning, and that the only time I would turn my break down, is for food and that he was a being to me, etc, etc, which led to the Deputy Tims eventually telling me directly, "you act like you would suck a dick for food" and that "I probably was tricking for crack," and I told Deputy Tims, that what he said was illegal and that I got this much understanding, to report you, in for a sexual harassment, but just because you are supposed to be of professional standards, and that, he was not permitted by law, to make any repeated and/or unwelcome comments or gestures of a sexual nature, against me in the accordance with the PREA law.

   I hollered aloud to the Deputy Tims to call his watch commander and/or supervisor, right now, I wish to file a PREA complaint immediately, because, the Deputy Tims is clearly a threat by a sexual nature against I Parnell May, while I am pre-trial detainee under such a sexually dangerous jailer [sic], who has the ability to open my food tray and contaminate it, with his fluids, for his personal pleasures or even specifically select my food tray for malicious purposes or contaminate the outer exterior of the food tray, to be served to me, Deputy Tims, did not call any of the supervisors, or watch commander, and left his shift at 6:00 PM, that aforementioned day, without reporting to any of the

1

supervisors or responsible authorities, about my request to file PREA charge against deputy terms because Deputy Tims, knew that he was wrong, and guilty for inflicting sexual harassment against me on zero 320 2021 at around 5:30 PM.

*See* Exhibit A4, Incident Reports, page 141; Exhibit A6, PREA Complaint, page 1.

3.   On March 21, 2021, Deputy C. Smith wrote an incident report, stating:

As I, Deputy C. Smith, was working on breaks, Inmate May, Parnell Robert (22568-16) informed me that he was a victim to PREA (Prison Rape Elimination Act) and requested me to inform a supervisor. As Sergeant Evans was helping me with full restraints, I informed her on the matter.

*See* Exhibit A4, Incident Reports, page 139.

4.   On March 21, 2021, Sergeant Bilbruck wrote a supplemental report, stating:

Sergeant Evans and I, Sergeant Bilbruck, went to T-unit and spoke with Inmate May, Parnell (22569-16) regarding his complaint. Attached to this complaint is a written complaint from Inmate May.

*See* Exhibit A4, Incident Reports, page 140.

5.   On March 21, 2021, video footage shows the following:

Camera in T-unit 2f rear sub-day at time stamp 11:07:27.981 shows Deputy Tims walking up to cell 415 with a food tray. Deputy Tims opens the food port, then walks back to a cart to grab a food tray. At this time, Plaintiff sticks his leg out of the food port. At 11:07:49.340, Deputy Tims attempts to put Plaintiff's leg back through the food port. Deputy Tims then tries to straighten Plaintiff's leg to get it back through the food port, but Plaintiff actively pushes his leg against Deputy Tims while holding onto the food port with his hands to help push against Deputy Tims, which continues until 11:12:22.968. Once the cell door is opened, Plaintiff wraps his arm around the outside of the door and hangs onto the door. Deputy Tims attempts to remove Plaintiff's hand from the door. At 11:13:04.344, Deputy Tims gets Plaintiff's arm off of the door and holds them behind his back while still trying to remove Plaintiff's leg from the food port. Deputy Tims turns on his body camera, which is timestamped at 16:12:46. At 16:13:29, Deputy Tims asks Plaintiff numerous times to go back into the cell and is concerned that Plaintiff is going to hurt his leg. At 11:13:21.378, Plaintiff still has his leg in the food port. Plaintiff yells that he wants Deputy Tims to call a supervisor so that he can file a PREA complaint against Deputy Tims at 16:13:31. Deputy Tims is still attempting to remove Plaintiff from the food port, but

2

Plaintiff is hanging onto the food port with his leg and arms. Plaintiff continues yelling for Deputy Tims to call a supervisor so that he can file a PREA complaint and an excessive force complaint. At 11:16:16.611, Deputy Tims removes Plaintiff from the food port and cell door, and Plaintiff scoots away from Deputy Tims. Deputy Tims asks Plaintiff to go back into his cell repeatedly, 16:16:22. Deputy Tims then goes back to the cell to close and lock the food port, and Plaintiff scoots to the other side of a glass wall. Plaintiff continues to yell for Deputy Tims to call his supervisor so that he can file a charge against him. At 16:18:02, Deputy Tims radios for assistance. At 16:18:53, additional PCRDF personnel respond to the Unit to assist Deputy Tims, including Sergeant Connors. Plaintiff then complies with orders to return to his cell, at which time Plaintiff gets up from the floor and walks back to his cell. Plaintiff yells that he needs protection from Deputy Tims. At the end of the body camera footage, Sergeant Connors states that he is going to talk to Deputy Tims. The rear sub-day camera shows that Plaintiff was back in his cell at 11:19:22.425. After this point, PCRDF personnel are outside of Plaintiff's cell, and appear to be speaking with one another.

*See* Exhibit A7, Video Footage.

6. On March 21, 2021, Deputy Tims completed an incident report, stating:

"During feeding I attempted to serve inmate Parnell May and he stuck his leg out of the food port. I gave inmate Parnell three direct orders to put his leg back in the food port. He stated that he needed to talk to a Sergeant. I attempted to push his leg back through the food port by placing my hands on his leg by pushing forward. He used force by moving his leg towards me. I open the inmate's door to get his leg out at the food port. I attempted to take his leg out of the food port by placing my hand on his upper shoulders and pulling him away out the food trap. As I got him halfway out of the trap, he continued to hold onto the door causing himself to be upside down. As I secured his food port he crawled out of the cell and out of the upper back sub day area. I instructed inmate May to go back to his cell which he didn't comply. Sergeants Conners And Ezell arrived along with Deputy Middleton to help walk inmate May back to his cell. Medical personnel arrived to the unit, assessed and cleared inmate May to remain in the unit. Nothing further to report."

*See* Exhibit A4, Incident Reports, page 142.

7. On March 21, 2021, Plaintiff submitted a standard grievance, stating:

I was sexual [sic] harassed by Deputy Tims on the date 03/20/2021 I tried to reported [sic] it but he denied me access to any superior rank officers and the next day showed up at work around me when he should not been around me I protest and asked him to call his superior but he refused and began to infict [sic] exessive [sic] unnecessary force against me it is on camra [sic] I want to press criminal charge against Deputy Tims now.

*See* Exhibit A2, Requests and Grievances, page 246.

8.  On March 21, 2021, PCRDF medical personnel noted:

During am pill call, Pt stated to nurse that he had his leg thru the trap door & deputy put his leg back in thru the door trap & had to turn his foot in order to get it back in. Pt also stated that deputy sexually harassed him. Nurse left to get Charge Nurse. Nurses returned to unit where pt showed nurses leg-small lacerations noted c/o aching pain. Charge nurse went to confirm that the harassment is being address by Srgnt. Calvin, which it is. Ibuprofen will be given to help with pain.

*See* Exhibit A3, Jail Medical File Information, page 418.

9.  On March 22, 2021, Plaintiff submitted a standard grievance, stating:

I had been sexually harassed by Deputy Tims on 03/20/2021 who later inflickedd [sic] unnecessary force against me so as to keep me from telling his superiors about the sexual harassment incident I do fear for my welfare and life accordingly Sergeant Connors I believe is protecting the perpetrator Deputy Tims after Deputy Tims sexually harassed me I need help now.

*See* Exhibit A2, Requests and Grievances, page 247.

10. On March 23, 2021, Plaintiff submitted a sick call request, stating:

I have been injured my left leg and my back had been injured by Deputy Tims use of excessive unnecessary force and I have not received any medical care.

*See* Exhibit A3, Jail Medical File Information, page 54, 414.

11. On March 23, 2021, Plaintiff submitted a standard grievance, stating:

I had [sic] been sexually harassed by Deputy Tims and the PREA law said that it is zero tolerance for any form of sexual harassment, but I was attack [sic] by the Deputy Tims the next day.

*See* Exhibit A2, Requests and Grievances, page 248.

12. On March 24, 2021, Plaintiff was prescribed 2 TAB By Mouth BIS of Ibuprofen (ADVIL)

*See* Exhibit A3, Jail Medical File Information, page 335.

13. On March 24, 2021, Plaintiff submitted an investigation tip line, stating:

I had [sic] been sexually harassed by Deputy Tims on 03/20/2021 and I asked to make a report against him and he refused to do so and left I could not call for emergency help on the emergency call device in the cell room because it does not work, later next shift I made a report with Sergeant Evans and Sergeant Bilbruck about Deputy Tims sexually harassing me and the next morning Deputy Tims was right at work around me after I had filed a PREA complaint of sexual harassment I stuck my left keg out the 5x9 inch pan hole for the Deputy Tims to call for ranking assistance as he was supposed to do instead Deputy Tims took matters in his own hands so as to conceal and suppress my efforts to report a sexual harassment accordingly and he inflicted extreme excessive unnecessary force against me by bending and twisting my left leg and pounding on my back very very hard inflicting serous pain and injury to my left leg and back and now I cannot get any medical care for my medical issue accordingly this is not equal protection of the PREA law.

*See* Exhibit A2, Requests and Grievances, page 331.

14. On March 27, 2021, Plaintiff complained of back pain and was prescribed acetaminophen 325mg 2 tablets po BID for no more than 7 days without provider order. *See* Exhibit A3, Jail Medical File Information, page 324, 335.

15. On March 28, 2021, PCRDF medical personnel noted: "Pt. states IBU and APAP is not helping with his pain." PCRDF medical personnel ordered Robaxin. *See* Exhibit A3, Jail Medical File Information, page 415.

16. On March 31, 2021, Plaintiff submitted a standard grievance, stating:

It has been over 7 days and no due process of law has been fulfilled in regard to my PREA complaint against the Deputy Tims for sexual harassing [sic] me on 03/20/2021 and I was injured by the same Deputy Tims the next day in retaliation when he inflicted excessive physical force that was unessary [sic] for the circumstances and now I must file civil rights complaint accordingly so as to receive due process.

*See* Exhibit A2, Requests and Grievances, page 249.

17. On April 2, 2021, Plaintiff submitted a standard grievance, stating:

The medical site [sic] has been deleating [sic] all my sick calls regarding my left leg and back injury that resulted from the excessive unnecessary physical force that was inflicted by the Deputy Tims against me on 03/21/2021 I made numerous sick calls about my injuries and there is no record on the line about it that is wrong to erase my sick calls from the record.

*See* Exhibit A2, Requests and Grievances, page 250.

18. On April 8, 2021, Plaintiff filed a standard grievance, stating:

I have been suffering serious back pains and knee pains in my left knee ever since 03/21/2021 after the Deputy Tims physically assaulted me excessive for a matter that was very unnecessary and I have not seen any doctor and I need a back and knew brace to help ease the pain that I do suffer day and night as a result of the excessive physical force that was inflicted against me by the Deputy Tims it is wrong for medical to ignore my sick calls and they have been all my medical requests about the matter of my pains and sufferings ever since 3/21/2021 that kiosk medical site [sic] is empty and I have made many sick calls about my pains and the incident that caused the problem I have been hindered of medical care and treatment that I believe can help me.

*See* Exhibit A2, Requests and Grievances, page 251.

19. On April 16, 2021, Plaintiff submitted a medical request stating:

My back pains are becoming very unbearable and my left knee still hurt every time I try moving from sitting in one spot for a while my back pains are so bad I can not move at nights when I have slept in a certain position for a while this has been increasing since 03/21/2021 when I was attack by Deputy Tims please this is a serious pains I have tried to be strong but it is not getting any better please help me.

*See* Exhibit A3, Jail Medical File Information, page 415.

20. On April 18, 2021, Plaintiff submitted a commissary grievance, stating:

It has been weeks and no adequate PREA investigation was made in regard to the sexual harassment complaint that I had [sic] made 03/30/2021 and the fact that the same Deputy Tims that was the perpetrator was permitted to work around me the next day and he inflicted excessive unnecessary physical force against me injured my back and left knew and the next time he was against permitted to work around me were that I was denied my prescribed medicine because he told the Nurse Whitney that he would not open the pan hole or door to give me anything and told her to just refuse Parnell May it is evidence of a steady form or continued harassment against me by his position as a Deputy over me and the responsible authorities are allowing this cruel and unusual punishment to take place after I have complained and complained and nothing is done to stop this malicious treatment that is been inflicted against me it is wrong!

*See* Exhibit A2, Requests and Grievances, page 250.

21. On April 26, 2021, Deputy Tims completed an Official Memorandum to the PREA

Coordinator, stating:

During feeding time, Inmate May, Parnell called me to his cell about his one-hour break at approximately 1737 hours. I told the inmate that it got very busy in the unit, and I forgot

6

about his break, I then proceeded to apologize to Inmate May for the mix up. In response the inmate intended to be very respectful. I never had a verbal exchange or argument with Inmate May. We did not have any problems after that. I was at his door for no more than 15 seconds. Nothing further to report.

*See* Exhibit A6, PREA Complaint, page 7.

22. On April 26, 2021, Sgt. D. Musaddiq wrote to Chief Deputy Hendricks, via chain of

command, an official memorandum of the PREA complaint, stating:

"On Saturday, March 20, 2021, Inmate May, Parnell reported to night shift personnel Deputy Cody Smith of a possible PREA violation. Sergeant Evans and Sergeant Bilbruck was [sic] in receipt of Offence/ Incident Report DI2021-08479 written by Deputy Smith. Inmate May reported on Saturday, March 20, 2021, at approximately 1737 hours, that Deputy Tims, Kawhun #4881 made repeated and unwelcome remarks of a sexual nature towards him. Specifically, Inmate May stated that Deputy Tims told him that, "you look like you suck dick for food, and that you trick for crack." Inmate May also states that he asked Deputy Tims to call his supervisor so he could report him per PREA complaint but was never given a chance to report it. After Deputy Tims was relieved by Deputy Cody Smith (shift change 1911 hours), Inmate May made a PREA complaint to the oncoming deputy.

On Sunday, March 21, 2021, Inmate May was involved in another altercation with Deputy Tims which involved Inmate May sticking his leg out of the food trap during lunch feeding. Deputy Tims attempted to get Inmate May to remove his leg out of the food trap by verbal command and by trying to put his leg back thru [sic] the trap physically. Deputy Tims opened the cell door, and Inmate May ran out of the sub-day and sat down right outside the sub-day door in protest. Deputy Tims had to eventually call for assistance for supervisors (sergeant Conners and Ezell). Upon his supervisors arriving, Inmate May was walked back to U-unit for the rest of the rotation because of this incident, and because of the accusations levied against him by Inmate May.

On Monday, April 26, 2021, I (Sergeant Musaddiq) conducted an initial interview digitally recorded for this complaint. On Saturday, March 20, 2020 [sic] Inmate May, Parnell submitted a written statement that was lengthy in nature about complaints he had against Deputy Tims. The main PREA complaint in reference to a verbal disagreement or conversation Inmate May and Deputy Tims engaged in at cell 415 at approximately 1737 hours. Inmate May was upset about not receiving his 1 hour break. Inmate May called Deputy Tims to the cell door to inquire about the missed break. Both Inmate May and Deputy Tims both agreed that they had a conversation about the missed break, however, Inmate May insisted that an argument ensued between the two which led to the unwelcome comments. Deputy Tims stated that the exchange between the two was polite and respectful

and that he was only at his cell door for 15 seconds. Deputy Tims stated that he accidently forgot his break and apologized to Inmate May, but he though Deputy Tims was lying to him. Also in the complaint, Inmate May stated that he didn't want Deputy Tims to feed him because he would open his tray and contaminate his food with his bodily fluids for his personal pleasures. Video footage collaborates the fact that Deputy Tims acknowledged Inmate Parnell and did have a verbal exchange which didn't appear to be hostile. Deputy Tims is seen at Inmate May's cell doors for 12-15 seconds, and then appears to walk to the water closest to flush toilets. The brief encounter doesn't appear to be an argument. Deputy Tims is seen continuing on with his duties.

On Sunday, March 21, 2021 at approximately 1107 hours, Deputy Tims attempted to serve Inmate May his food tray. Deputy Tims opened the food trap, and Inmate May stuck his whole leg out of the trap. Deputy Tims attempted to put his leg back in the food trap by both verbal command and physically. Deputy Body Cam footage was submitted with his report that showed Deputy Tims attempting to put Inmate May's foot back thru [sic] the food trap. Deputy Tims demeanor during this altercation was somewhat controlled and he tried to handle Inmate May respectfully. Deputy Tims can be heard many times begging Inmate May to put his foot back in the trap. When Deputy Tims tried to put his leg back in the trap, he can be heard telling Inmate May that he wasn't trying to hurt him. It appears that Inmate May was attempting to get his way in getting other personnel down to the unit to respond to his request to get Deputy Tims removed from T-unit. I explain to Deputy Tims that the incident was a teachable moment and that he spent too much time dealing with Inmate May, Deputy Tims stated his supervisors (sergeant Connors and Ezell) that day also agreed that he should have called for help sooner. Sergeant Connors and Ezell were called by Deputy Tims via radio and assisted in getting Inmate May back to his cell without further incident. During Inmate May's recorded interview, he stated he did not want Deputy Tims to be fired but wanted him retrained in respectful behavior and not be allowed around him in the future. Inmate May's interview went on for 59 minutes total.

On Tuesday, April 13, 2021. Inmate May addressed another complaint via Chief Deputy Charles Hendricks. Inmate May insisted on filing an additional PREA complaint on Deputy Tims through the nurse assigned to pill call (Nurse Whitney). Deputy Tims responded through memo about this complaint. Deputy Tims informed Nurse Whitney that he wasn't comfortable opening the food trap for Inmate May due to an incident of Inmate May placing his whole leg out of the trap 3 weeks prior. Deputy Tims was in the unit only to break Deputy Gleason for an hour and asked the nurse to come back.

In conclusion, after review of all documents, deputy body cam and unit video footage, I find this incident involved an inmate forming a preconceived notion about mistreatment (not getting a break). During every face to face interaction between both Deputy Tims and Inmate May, Deputy Tims appears to have conducted himself in a reasonable manner per the video. Deputy Tims was removed from working in T-unit a day after the 2nd altercation with Inmate May due to the PREA allegations levied against him. However due to not

having enough evidence of this conversation ever taken place, I find this allegation unfounded (an allegation which produced insufficient evidence to make a final determination of a substantiated or unfounded claim). Since there was no physical contact or assault involved, I recommend this case be closed."

*See* Exhibit A6, PREA Complaint, page 2-3.

23. On April 30, 2021, Sergeant Connors wrote a supplemental report, stating:

"I (Sergeant J. Conners) was informed by T-Booth Deputy Hibbs to 10-19 (En Route To) to T-unit. Upon my arrival, I noticed Inmate May, Parnell sitting on the floor. I instructed Inmate May to get off the floor and walked back to his cell. Inmate May complied with my direct order. Responding personnel and I walked Inmate May back to his cell and secured the door. Sergeant Ezell was on the scene, so I left the unit. No further incident to report at this time."

*See* Exhibit A4, Incident Reports, page 144.

24. On May 10, 2021, Sergeant Connors completed an Official Memorandum to Lt. Atwood,

stating:

"March 21, 2021, while dealing with Inmate May, Parnell in T-unit, he never said anything about Deputy Tims making a sexual comment. He was trying to explain me that Deputy Tims didn't give him a [sic] hour break and he wanted to speak with a Sergeant.

*See* Exhibit A6, PREA Complaint, page 4.

25. On November 1, 2021, Plaintiff was released to the custody of the Arkansas Department

of Corrections ("ADC"). *See* Exhibit A1, Arrest/Booking, page 2.

**Affidavit of Deputy Tims**

26. Kawhun Tims is a Deputy employed by the Pulaski County Regional Detention Facility

("PCRDF"). *See* Exhibit B, Affidavit of Deputy Kawhun Tims.

27. On March 20, 2021, Plaintiff was upset that Deputy Tims did not give him a break. Plaintiff

did not get a break because the Unit had been busy, and he was accidentally skipped for a

break. Plaintiff did not inform Deputy Tims that he had not gotten his break until it was the

end of his shift. Therefore, Deputy Tims was not able to give him a break. *Id.*

9

28. On the morning of March 21, 2021, Deputy Stovall informed Deputy Tims that Plaintiff had filed a PREA Complaint against him. *Id.*

29. On March 21, 2021, Deputy Tims attempted to serve Plaintiff his lunch tray, but as soon as Deputy Tims opened his food port, Plantiff stuck his leg out of the food port. *Id.*

30. Deputy Tims gave Plaintiff multiple direct orders to put his leg back in his cell, which he refused. Plaintiff stated that he needed to talk to a Sergeant. Deputy Tims attempted to push his leg back through the food port by placing his hands on Plaintiff's leg and pushing forward. Plaintiff resisted and moved his leg back toward Deputy Tims. *Id.*

31. Deputy Tims opened Plaintiff's door to get his leg out of the food port and attempted to take his leg out of the food port by placing his hand on Plaintiff's upper shoulders and pulling him away from the food port. *Id.*

32. Plaintiff continued to hold on to his cell door, at which point he was upside down. Plaintiff then crawled out of his cell to the upper back sub day area, and Deputy Tims secured his food port. Deputy Tims instructed Plaintiff to return to his cell, but he did not comply. *Id.*

33. At this time, Sergeants Connors and Ezell arrived along with Deputy Middleton to help walk Plaintiff back to his cell. Plaintiff was ordered to return to his cell, and Plaintiff got up from the floor and walked back to his cell. *Id.*

34. In accordance with protocol, PCRDF medical personnel responded to the scene. PCRDF medical personnel assessed and cleared Plaintiff to remain in the unit. *Id.*

35. Sgt. Ezell then served Plaintiff's lunch tray to him, while Deputy Tims resumed serving lunch trays to the remainder of the Unit. *Id.*

36. Deputy Tims did not retaliate against Plaintiff for filing a PREA Complaint against him. *Id.*

10

37. On April 26, 2021, Deputy Tims was given a copy of Plaintiff's PREA complaint, and Deputy Tims was instructed to respond to the PREA allegations. Deputy Tims then typed his response to Plaintiff's allegations. *Id.*

**Affidavit of Sgt. Connors**

38. Jawaski Connors is a Sergeant employed by the Pulaski County Regional Detention Facility ("PCRDF"). *See* Exhibit C, Affidavit of Sgt. Jawaski Connors.

39. On March 21, 2021, T-Booth Deputy Hibbs instructed Sgt. Connors to respond to T-Unit. *Id.*

40. Upon his arrival, Sgt. Connors observed Plaintiff crawling out of the upper sub-day area and sitting on the floor of T-Unit. *Id.*

41. Plaintiff was stating to "keep Deputy Tims away from [him]." *Id.*

42. Plaintiff was ordered to return to his cell. Plaintiff got up from the floor and walked back to his cell. *Id.*

43. Once Plaintiff was in his cell, Sgt. Connors secured Plaintiff in his cell without incident. *Id.*

44. Sgt. Connors does not recall Plaintiff stating that he was injured. Plaintiff did not appear to be injured. However, in accordance with protocol, medical personnel responded to the scene. *Id.*

45. At this time, Sgt. Ezell arrived on scene and took over the situation. Sgt. Connors was on scene for approximately 10 minutes at most. *Id.*

46. Sgt. Connors did not observe Deputy Tims use excessive force against Plaintiff on March 21, 2021. *Id.*

47. When Sgt. Connors responded to the scene on March 21, 2021, Sgt. Connors had no

knowledge that Plaintiff had filed a PREA Complaint against Deputy Tims. *Id.*

48. Sgt. Connors had no reason to know that excessive force would be used or was being used on March 21, 2021. *Id.*

49. If Sgt. Connors witnessed a deputy using excessive force, Sgt. Connors would intervene and remove the deputy from the situation. *Id.*

Respectfully submitted,

DEPUTY TIMS and SGT. CONNERS, in their individual capacities only, Pulaski County Defendants

Melissa K. Dugger, Ark. Bar No. 2017150
ASSOCIATION OF ARKANSAS COUNTIES
RISK MANAGEMENT SERVICES
Attorney for Pulaski County Defendants
1415 W. Third Street
Little Rock, Arkansas 72201
Telephone: (501) 375-8805
Fax: (501) 375-8671
Email: mdugger@arcounties.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non-CM/ECF participant:

Mr. Parnell R. May
ADC #153557
Cummins Unit
P.O. Box 600
Grady, AR 71644

I hereby certify that on June 24, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which shall send notice to the following CM/ECF participant:

Alexandra G. Ah Loy
allie@sweetlawfirm.com

/s/Melissa K. Dugger
Melissa K. Dugger, Bar No. 2017150
Attorney for Pulaski County Defendants
