IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PARNELL R. MAY                                                           PLAINTIFF

v.                                    Civil No. 4:21-cv-00255

TIMS, *et al.*                                                          DEFENDANTS

---

**DEFENDANT BERTHA LOWE'S MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW Defendant, Bertha Lowe and, by and through her counsel of record, respectfully moves this Honorable Court for summary judgment in her favor. In support of her Motion for Summary Judgment, Defendant states:

1.      Plaintiff, Parnell Mile, filed this action against Defendant pursuant to 42 U.S.C. 1983, alleging that Defendant was deliberately indifferent to his medical condition in violation of his constitutional rights after he was allegedly physically assaulted. *See* ECF Doc. 2, *Complaint* and ECF Docs. 6-7, *Supplements to Complaint*.

2.      Plaintiff brings claims against Defendant Bertha Lowe in her individual capacity, alleging that on March 21, 2021, either "Ms. Lowe and/or Acting Charge Nurse … failed to provide any adequate medical and/or treatment that could have eliminated pain and suffering at least temporarily … for my injured left leg and serious back pain…" ECF Doc. 2, p. 10[1].

3.       However, the evidence is undisputed that Ms. Lowe was not involved in Mr. May's medical care at any point in time, did not deny Mr. May access to care, and did not violate his

---

[1] Plaintiff makes other generalized allegations of denial in medical care as to other medical personnel, including delay/denial of receipt of pain medication, the Court dismissed all such claims without prejudice on June 28, 2021. The Court also dismissed Plaintiff's official capacity claim against Defendant Bertha Lowe. *See* ECF Doc. 13, Order Adopting Report and Recommendation (ECF Doc. 9 at pp. 11-13).

1

constitutional rights.

4.      On the contrary, the evidence is uncontroverted that Mr. May received a continuous course of medical care and treatment, which was consistent with his complaints and symptoms, from Turn Key medical personnel from the date of his first complaint of back pain on March 21, 2021 until the time of his transfer out of the Pulaski County Regional Detention Center on November 1, 2021.

5.      Defendant Lowe had no involvement in Plaintiff's health care decisions or treatment at all.

6.      Defendant Lowe's only involvement related to Plaintiff's claims in this lawsuit was her verification to detention staff that Mr. May had been seen by medical staff on two occasions in response to a Grievance *that was submitted by Mr. May the day after Mr. May filed the instant lawsuit*. Prior to providing medical information responsive to Mr. May's April 2, 2021 Grievance, Ms. Lowe was not involved in any way with Mr. May's allegations contained within his Complaint and Supplements thereto.

7.      In support of the instant Motion, Defendant submits the following evidence:

    a.   The contract between Turn Key Health Clinics and Pulaski County (Exhibit 1);

    b.   A sworn affidavit from Bertha Lowe (Exhibit 2);

    c.   Plaintiff's Sick Call Requests (Exhibit 3);

    d.   Mr. May's Medical Records from Turn Key (Exhibit 4);

    e.   Mr. May's Grievances submitted to the Jail (Exhibit 5); and

    f.   A Keep-On-Person "KOP" Agreement for a Knee Brace.

8.      A Brief in Support of this Motion is filed contemporaneously herewith and is incorporated herein.

WHEREFORE, Defendant Bertha Lowe respectfully requests that this Court grant her Motion for Summary Judgment and dismiss Plaintiff's claims against her with prejudice as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for any and all other relief to which she may be entitled.

Respectfully submitted,

Alexandra G. Ah Loy, # 2020020
SWEET DEWBERRY HUBBARD
24 West Park Place
Oklahoma City, OK 73103
Office: (405) 601-9400
Fax: (405) 601-9444
E-mail: allie@sdh.law
*Attorney for Defendant Bertha Lowe*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 18th day of July, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF parties of record, and by mailing a First Class Post-Prepaid copy of the same to the following party of record:

Parnell R May
ADC #153557
Cummins Unit
P.O. Box 600
Grady, AR 71644
*Pro Se Plaintiff*

Alexandra G. Ah Loy

3