IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PARNELL R. MAY                                                           PLAINTIFF

v.                              Civil No. 4:21-cv-00255

TIMS, *et al.*                                                          DEFENDANTS

---

**STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW Defendant, Bertha Lowe, by and through her counsel of record and, pursuant to Fed. R. Civ. P. 56, Local Rule 7.2, and Local Rule 56.1, states the following in support of her Motion for Summary Judgment:

**Statement of Undisputed Material Facts**

1.     On April 1, 2021, Plaintiff Parnell May filed this action against Defendant pursuant to 42 U.S.C. 1983, alleging that Defendant was deliberately indifferent to his medical condition in violation of his constitutional rights. *See* ECF Doc. 2, *Complaint*.

2.     Plaintiff's specific allegations are, in sum, as follows:

   a.   that on March 20, 2021, he made a PREA complaint against Defendant Deputy Tims (ECF Doc. 2 at 2-8);

   b.   that he Deputy Tims sexually harassed him by making sexually derogatory comments and unwelcome gestures (ECF Doc. 2 at 6-8);

   c.   that on March 21, 2021, Deputy Tims used excessive force against him, causing injury to his left leg and back, in retaliation for his PREA complaint (ECF Doc. 2 at 2-8);

   d.   that Sergeant Conners ignored his requests for help when Tims retaliated (ECF

1

Doc. 2 at 2-8);

e. that he made multiple requests for treatment of his injuries over a period of five days (ECF Doc. 2 at 9); and

f. that Defendant "Nurse Lowe" and/or the acting charge nurse denied him treatment for his injuries (ECF Doc. 2 at 9).

3.      Plaintiff also brought claims against all Defendants in their official capacities; however, the Court dismissed all official capacities claims against Defendants. *See* ECF Doc. 13, Order Adopting Report and Recommendation (ECF Doc. 9 at pp. 11-13).

4.      The Pulaski County Sheriff's Office contracts with Turn Key Health Clinics, LLC ("Turn Key") to provide medical care and treatment to inmates incarcerated at the Pulaski County Regional Detention Center ("PCRDC" or "the Jail"). *See* Ex. 1, *Contract.*

5.      Bertha Lowe was employed by Turn Key as Administrative Assistant until March 17, 2021, when she was promoted to Health Services Administrator. Ex. 2, *Lowe Aff.*, ¶¶ 1-2.

6.      Ms. Lowe has never provided medical care to any inmate, including Mr. May. Ex. 2, *Lowe Aff.*, ¶¶ 4-6.

7.      Mr. May alleges Deputy Tims used excessive force on him on March 21, 2021, causing injury to his back and left leg. ECF Doc. 2 at 2-8.

8.      On March 21, 2021, Nurse Stephanie Schuller noted that during her morning medication pass, Mr. May reported to her that "he had his leg thru the trap door & deputy put his leg back in thru the door trap & had to turn his foot in order to get it back in" and "that deputy sexually harassed him." Ex. 4, p. 107.

9.      Nurse Schuller retrieved the Charge Nurse, and they went to the Unit where Mr. May "showed nurses leg-small lacerations noted c/o aching pain. Charge nurse went to confirm

2

that the harassment is being addressed by Srgnt. Calvin, which is it." Ex. 4, p. 107.

10.    During this encounter on March 21, 2021, Nurse Schuller administered Ibuprofen to Mr. May to help with his pain. Ex. 4, p. 107.

11.    On March 22, 2021 at 12:47 p.m., Turn Key psychiatrist Dr. Jeremy Johnson saw Mr. May pursuant to Mr. May's request, and during this patient mental health encounter Mr. May reported "the current regimen is working well without any concerns." Ex. 4, *Turn Key Medical Records*,[1] pp. 10-11.

12.    On March 23, 2021 at 9:23 p.m., Mr. May submitted a Sick Call Request stating "I have been injured my left leg and back had been injured by deputy tims use of excessive unnecessary force and I have not received any medical care." This Sick Call Request was received by Medical the next day, and Nurse LeToree Jackson scheduled Mr. May for Nurse Sick Call on March 26, 2021. Ex. 4, pp. 97-98.

13.    To treat his complaints, on March 24, 2021, Dr. Absalom Tilley prescribed Mr. May a seven-day prescription of Ibuprofen 2 tablets by mouth twice daily. Ex. 4, pp. 37-38.

14.    On March 26, 2021 at 2:25 p.m., Nurse Briana Bush performed Segregation Rounds on Mr. May, and he did not request any Medical Services at that time. Ex. 4, pp. 11-12.

15.    On March 27, 2021 at 3:57 a.m., Nurse Collins Meangwe saw Mr. May in Nurse Sick Call for his complaints of new onset of back pain. Ex. 4, pp. 12, 98.

16.    During this Sick Call visit, Mr. May was given a prescription for Acetaminophen 325 mg 2 tablets by mouth twice daily for 7 days.  Ex. 4, pp. 12, 38.

17.    On March 28, 2021, Mr. May reported to Nurse Christina Whitney that his

---

[1] Mr. May's complete medical record set is in excess of 400 pages; therefore, Defendant has omitted portions of the medical records related to Mr. May's medical care prior to 2021.

ibuprofen and Tylenol were not helping his pain, and Nurse Whitney scheduled Mr. May for a Sick Call appointment on March 29, 2021. Ex. 4, pp. 98-99.

18.    On March 29, 2021, Nurse Practitioner Cobb prescribed Mr. May Methocarbamol ("Robaxin") 750 mg 1 tablet by mouth twice daily. Ex. 4, pp. 39, 98-99.

19.    Turn Key received Mr. May's prescription Methocarbamol from the pharmacy on March 30, 2021. Ex. 4, p. 107.

20.    On April 2, 2021, Mr. May submitted a Grievance to the jail reporting that "the medical stie has been deleting all my sick calls regarding my left leg and back injury that resulted from excessive unnecessary physical force that was inflicted by the deputy tims against me on 03/21/21 I made numerous sick calls about my injuries and there is no record on line about it that is wrong to erase my sick calls from the record." Ex. 5, *Grievances*, p. 42.

21.    On April 8, 2021, Mr. May submitted a second Grievance to the jail reporting that he was "suffering from serious back pains and knee pains in my left knee ever since 03/21/2021 after the deputy tims physically assaulted me excessively for a matter that was very unnecessary and I have not seen any doctor and I need a back and knee brace to help ease the pains that I do suffer day and night as a result of the excessive physical force that was inflicted against me by the deputy tims it is wrong for medical to ignore my sick calls they have deleted all my medical requests about this matter of my pains and sufferings ever since 03/23/2021 the kiosk medical site is empty and I have made many sick calls about my pains and the incident that caused the problem I have been hindered of medical are and treatment that I believe can help me." Ex. 5, p. 43.

22.    During Segregation Rounds on April 10, 2021 at 11:57 p.m., Nurse Jade Johnson noted Mr. May was not in distress and did not request any Medical Services. Ex. 4, p. 13.

23.    On April 11, 2021, Nurse Practitioner Cobb renewed Mr. May's prescription

Methocarbamol. Ex. 4, pp. 39-40.

24.     On April 14, 2021, Mr. May submitted a Sick Call requesting that "Nurse Whetley" not be allowed to administer his medications due to her alleged bias against him. He also reported a previous incident on April 13, 2021 where she allegedly denied him his back pain medication. Ex. 4, p. 13.

25.     Mr. May's complaint related to "Nurse Whetley" was forwarded to the Mental Health Supervisor and the DoN ("Director of Nursing"). Ex. 4, p. 13.

26.     On April 16, 2021, Mr. May submitted another Sick Call Request, reporting: "My back pains are becoming very unbearable and my left knee still hurt every time I try moving from sitting in one spot for a while my back pains are so bad I can not move at nights when I have slept in a certain position for a whilet his has been increasing since 03/21/2021 when I was attack by deputy tims please this is serious pains I have tried to be strong but it is not getting any better please help me." Ex. 4, p. 99.

27.     Nurse Chanel Weston saw Mr. May in Sick Call the same day, on April 16, 2021, for his left knee and back pain complaints. Ex. 4, pp. 13-14.

28.     During this Nurse Sick Call encounter, Mr. May was given another seven-day prescription for Acetaminophen 325 mg 2 tablets by mouth twice daily, a seven-day prescription for Ibuprofen 200 mg 2 tablets by mouth twice daily, and instructions to rest and elevate for three days. He was also given cold compresses. Ex. 4, pp. 14, 40-42.

29.     Mr. May was not in distress and did not request additional Medical Services during Nurse Segregation Rounds on April 17, 2021, April 24, 2021, and May 3, 2021. Ex. 4, pp. 14, 16.

30.     On April 20, 2021, Mr. May submitted another Sick Call Request, reporting: "I am still experiencing serious back pains at nights and at times when I am sitting or standing in the cell

room especially when I remain in a position for a long time my left knee still hurts the same as well were I would try not to move it it may need a back and knee brace to help please?" Ex. 4, pp. 99-100.

31.     Mr. May was scheduled to be seen by a provider for his complaints due to having submitted three sick call request related to the same issue (back pain). Ex. 4, p. 100.

32.     On April 22, 2021, Michael Hagerty responded to Mr. May's second Grievance with instructions to submit a sick call request to be seen by Medical. Ex. 5, p. 43.

33.     That day, Natalie Cobb, APRN went to Mr. May's cell and assessed him through his cell door for his complaints of back pain, and Nurse Practitioner Cobb noted: "Pt. seen through closed cell door. Pt. c/o lower back pain due to being assaulted by a deputy…" Ex. 4, pp. 28-30.

34.     Nurse Practitioner Cobb noted her visual assessment that Mr. May was not in acute distress ("NAD"), had good rotation of movement ("ROM") of his cervical, thoracic, and lumbar spine, had no sensory or motor deficits, and appeared to have a safe, stable gait without the use of an assistive device. Ex. 4, pp. 28-29.

35.     In response to his back pain complaints, Nurse Practitioner Cobb continued Mr. May's prescription Methocarbamol, Tylenol, and Ibuprofen. Ex. 4, p. 30.

36.     Mr. May submitted another Sick Call Request on May 4, 2021, requesting care for "serious back pains." Ex. 3, p. 3.

37.     The next day, he was scheduled by Nurse Janina Green to be seen in Sick Call. *Id*.

38.     On May 4, 2021, a nurse realized Mr. May's MAR did not include his continued prescriptions for Tylenol, Ibuprofen, and Methocarbamol and notified the provider. Ex. 4, pp. 100-101.

39.     On May 4, 2021, Nurse Practitioner Cobb renewed Mr. May's Tylenol and

6

Ibuprofen prescriptions. Ex. 4, pp. 42-43.

40. On May 5, 2021 at 2:09 a.m., Mr. May submitted another Sick Call Request, reporting: "please I need help with easing the serious back pains that really makes it uncomfortable to sleep I lay in one side position too long and it hurts too bad when I shift position and it hurts very bad to get up from the toilet after using it and that is very odd please help me ease these pains." A nurse scheduled him to see the provider. Ex. 4, pp. 101-102.

41. On May 6, 2021, Nurse Practitioner Cobb again assessed Mr. May for his continued complaints of lower back pain, for which he reported his Tylenol and Ibuprofen were not helping. He also complained of left knee pain but reported no known injury to his knee. Ex. 4, pp. 30-32.

42. Nurse Practitioner Cobb noted her physical assessment that Mr. May was not in acute distress ("NAD"), had no bruising ("ecchymosis") or edema, had no joint redness or swelling, had good rotation of movement ("ROM") of his cervical, thoracic, and lumbar spine, had symmetrical strength, had no sensory or motor deficits, and his gait had normal speed and was safe and stable without the use of an assistive device. Ex. 4, pp. 30-31.

43. In response to his back and knee pain complaints, Nurse Practitioner Cobb changed his Ibuprofen prescription to Naproxen and ordered that he be given a knee brace. Ex. 4, pp. 31, 43-44.

44. On May 6, 2021, Mr. May was issued a knee brace by Nurse Foest Witherspoon. Ex. 6, *Keep on Person Agreement*; Ex. 4, p. 16.

45. On May 18, 2021, Jail official Michael Hagerty responded to Mr. May's April 2, 2021 Grievance that Mr. May had been seen on March 27, 2021 and on April 16, 2021 for back pain. Ex. 5 at p. 42.

46. On May 26, 2021, Mr. May submitted another Sick Call Request stating he was

"still experiencing these sharp stabling like pains in my lower back spine ever since I was physically assaulted by the deputy tims it hurts even worse after laying in one position too long please help me to relieve this excruciating back pains." Ex. 4, pp. 102-103.

47.    On May 28, 2021, Nurse Practitioner Cobb again saw Mr. May in response to his continued lower back pain complaints, which he described as muscular with no radiation. Ex. 4, pp. 32-33, 44-45.

48.    Nurse Practitioner Cobb noted her assessment again that Mr. May was not in acute distress ("NAD"), had good rotation of movement ("ROM") of his cervical, thoracic, and lumbar spine (although the muscles surrounding his spine were extremely tight on assessment), had symmetrical strength, had no sensory or motor deficits, and his gait had normal speed and was safe and stable without the use of an assistive device. Ex. 4, pp. 32-33.

49.    In response to his ongoing back pain complaint, Nurse Practitioner Cobb prescribed Mr. May Methocarbamol and an abdominal binder. Ex. 4, p. 33.

50.    On July 29, 2021, Natalie Cobb, APRN renewed Mr. May's three-month prescription Naproxen 500 mg 1 tab by mouth twice daily. Ex. 4, pp. 24, 47, 105-106.

51.    The Medication Administration Record ("MAR") indicates that Mr. May consistently received his prescribed pain medications from March 25, 2021 through November 1, 2021[2], with the following exceptions:

    a.  Mr. May did not receive his Methocarbamol morning dose on April 12, 2021 for unknown reasons;

    b.  Mr. May refused his afternoon medications on April 13, 2021;

---

[2] Mail forwarded by the Court to Plaintiff on November 4, 2021 was returned as undeliverable; thereafter, Plaintiff filed a Notice of Address Change on November 22, 2021, indicating that he was no longer incarcerated at the Pulaski County Regional Detention Center. ECF Docs. 50 & 51.

8

c.  Mr. May did not receive pain medication from April 28, 2021 through May 4, 2021;

d.  Mr. May refused his morning medications on June 11, 2021;

e.  Mr. May was not in the facility during evening medication pass on June 21, 2021;

f.  Mr. May refused his morning medications on July 12, 2021;

g.  Mr. May was not present for afternoon medication pass on August 18, 2021;

h.  Mr. May was at court for afternoon medication pass on October 7, 2021; and

i.  Mr. May was not present for afternoon medication pass on October 8, 2021.

Ex. 4, pp. 50-90.

52.  Turn Key medical staff provided Mr. May with a continuous course of treatment consistent with his back pain complaints beginning on March 21, 2021. Ex. 4.

53.  Ms. Lowe is not a health professional and does not provide patient care to any inmates, including Mr. May. Ex. 2, *Lowe Aff.*, ¶¶ 3-6.

54.  Ms. Lowe has never had any personal involvement in Mr. May's medical decision-making. Ex. 2, *Lowe Aff.*, ¶ 7.

55.  Ms. Lowe's only involvement related to Mr. May's claims was when she reported to Michael Hagerty, in response to Mr. May's April 2, 2021 Grievance, that Mr. May had been seen by medical personnel for his back pain complaints on March 27, 2021 and on April 16, 2021. Ex. 5, p. 42; Ex. 2, *Lowe Aff.*, ¶¶ 1-13.

56.  Ms. Lowe has never denied or delayed Mr. May's access to medical care. Ex. 2, *Lowe Aff.*, ¶ 8.

57.  Ms. Lowe has never observed any other Turn Key provider who denied or delayed

9

Mr. May's access to medical care. Ex. 2, *Lowe Aff.*, ¶ 9.

Respectfully submitted,

Alexandra G. Ah Loy, # 2020020
SWEET DEWBERRY HUBBARD
24 West Park Place
Oklahoma City, OK 73103
Office: (405) 601-9400
Fax: (405) 601-9444
E-mail: allie@sdh.law
*Attorney for Defendant Bertha Lowe*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 18th day of July, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF parties of record, and by mailing a First Class Post-Prepaid copy of the same to the following party of record:

Parnell R May
ADC #153557
Cummins Unit
P.O. Box 600
Grady, AR 71644
*Pro Se Plaintiff*

Alexandra G. Ah Loy