IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**  **PLAINTIFF**
ADC #153557

v.  Case No. 4:21-CV-00255-LPR

**KAWHUN TIMS, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris and the objections filed by Mr. May.[1] After a careful review of the objections and a *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings.[2]

IT IS THEREFORE ORDERED THAT:

1. With respect to Mr. May's pending claims, judgment be entered in favor of Defendants.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] PFR (Doc. 104); Pl.'s Objs. (Doc. 105).

[2] There is one caveat. While the Court agrees with all the substance of the PFR, the Court believes the disposition should not be dismissal; instead, at summary judgment, the disposition should be entry of judgment in favor of Defendants.