IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARNELL R. MAY**  **PLAINTIFF**
ADC #153557

v.  Case No. 4:21-CV-00255-LPR

**KAWHUN TIMS, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of the Defendants on the claims that made it to the summary-judgment stage. All other claims in this case are dismissed without prejudice.[1] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Orders (Docs. 13, 78).